**Order entered December 4, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01319-CV

## IN RE REX PERFORMANCE PRODUCTS, LLC., Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-05538**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/      ROBERT M. FILLMORE
            JUSTICE